UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ZENITH SHIPPING LONDON LTD.

        Plaintiff,

- against -

SAMRUDDHA OVERSEAS LTD.,

        Defendant.
-----------------------------------------------------------------X

08 Civ.

ECF CASE

08 CV 1890

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff

        NONE.

Dated: February 26, 2008
       New York, NY

        The Plaintiff,
        ZENITH SHIPPING LONDON LTD.

        By: /s/ Anne C. Levasseur
        Anne C. Levasseur
        Charles E. Murphy
        LENNON, MURPHY & LENNON, LLC
        The Gray Bar Building
        420 Lexington Ave., Suite 300
        New York, NY 10170
        (212) 490-6050
        facsimile (212) 490-6070
        acl@lenmur.com
        cem@lenmur.com