CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ZENITH SHIPPING LONDON LTD.,                    :
                                                :
                                                :
                           Plaintiff,           :   **08-CV-1890**
                                                :
             v.                                 :   **NOTICE OF**
                                                :   **APPEARANCE**
SAMRUDDHA OVERSEAS LTD.                         :
                                                :
                                                :
                           Defendants.          :
-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       March 20, 2008

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

                            By:     _____
                                    Richard J. Reisert (RR-7118)
                                    7800 River Road
                                    North Bergen, NJ 07047
                                    Tel: (201) 537-1200
                                    Fax: (201) 537-1201
                                    Email: reisert@navlaw.com