USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ZENITH SHIPPING LONDON LTD.,

                    Plaintiff(s),

     - against -                           08 Civ. 1890(JES)

SAMRUDDHA OVERSEAS LTD.,                        ORDER

                    Defendant(s).
----------------------------------------X
```

Counsel to plaintiffs in the above-captioned action having appeared before the Court for a Pre-Trial Conference on May 29, 2008, and defendants having failed to appear at such Conference, and the Court having considered all matters raised, it is

**ORDERED** that the above-captioned action fits within Rule 20 of the Southern District of New York Rules for the Division of Business Among District Judges, to wit: "for reasons beyond the control of the court [this civil case] can neither be tried nor otherwise terminated. . ."; and it is further

**ORDERED** that this action be transferred to the Suspense Docket of this Court until May 28, 2009, with leave to any party to apply on five (5) days' notice for its restoration to the trial calendar of this Court; and it is further

**ORDERED** that a Pre-Trial Conference shall occur on May 28, 2009 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.

Dated:   New York, New York
         May 29, 2008

                                        _____
                                             John E. Sprizzo
                                        United States District Judge